ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SAMANTHA SCHOTT (NYBN 5132063)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    samantha.schott@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TERRENCE GORDON LANGSTON, <br><br> Defendant. | CASE NO. CR 18-0270 HSG <br><br> **STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM OCTOBER 1, 2018, TO OCTOBER 29, 2018.** |

On October 1, 2018, defendant Terrence Gordon Langston appeared before the District Court on this matter. The Court directed the parties to appear on October 29, 2018, for change of plea hearing. Discovery has been provided to the defendant and defense counsel's review of the discovery with the defendant, and investigation in relation to plea negotiations, is ongoing. As such, the parties agree that the additional time between October 1, 2018, and October 29, 2018, is necessary for effective preparation of counsel.

Therefore, the parties agree and jointly request that the time between October 1, 2018, and October 29, 2018, be excluded to provide reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance

STIPULATION AND ORDER
CASE NO. CR 18-0270 HSG

outweigh the best interest of the public and the defendant in a speedy trial. *See id.*

DATED: October 1, 2018                    Respectfully Submitted,

ALEX G. TSE
United States Attorney

 /s/ Samantha Schott
SAMANTHA SCHOTT
Special Assistant United States Attorney


/s/ Jerome Matthews
JEROME MATTHEWS
Attorney for Terrence Gordon Langston


**ORDER**

For the reasons stated above, the Court finds that the exclusion of time from October 1, 2018, through and including October 29, 2018, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of cournsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.


DATED: October 2, 2018                    _____
                                          THE HONORABLE HAYWOOD S. GILLIAM, JR.
                                          United States District Court Judge

STIPULATION AND ORDER
CASE NO. CR 18-0270 HSG